UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUNE REEVE,

    Plaintiff(s),

    v.

LAW OFFICE OF THOMAS LANDIS,

    Defendant(s).

_____/

No. C 10-2815 PJH

**ORDER REOPENING CASE AND VACATING ORDER OF DISMISSAL**

The court having received plaintiff's notice of defendant's failure to deliver the agreed upon consideration for the settlement of this matter, the October 29, 2010 order conditionally dismissing this case is VACATED and the matter is restored to this court's calendar for case management conference to be held on March 3, 2011. Attendance by both parties is mandatory.

**IT IS SO ORDERED.**

Dated: February 1, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge