Christine Pham, CA Bar # 227033
LEGAL HELPERS, P.C.
260 California Street, Suite 801
San Francisco, CA 94111
Tel:  866.339.1156
Fax: 312.822.1064
Email: cph@legalhelpers.com
*Attorneys for Plaintiff June Reeve*

Daniel J. O'Rielly (State Bar No. 214846)
Heather C. Parker (State Bar No. 226908)
O'RIELLY & ROCHE LLP
101 California Street, Suite 2450
San Francisco, California 94111
Telephone:   (415) 946-8878
Facsimile:    (415) 946-8801
*Attorneys for Defendant Law Office of Thomas Landis*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUNE REEVE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LAW OFFICE OF THOMAS LANDIS,<br><br>　　　　　Defendant. | Case No.  CV 10 2815-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**  ; AND ORDER |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to dismiss this action with prejudice, each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.                              O'RIELLY & ROCHE LLP

By: /s/ Christine Pham                              By: /s/ Heather C. Parker
　　Christine Pham                                         Heather C. Parker
　　Attorneys for Plaintiff                              Attorneys for Defendant

                                                                                3/2/11

Stipulation of Dismissal- 1

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**SIGNATURE ATTESTATION**

I hereby certify that I obtained concurrence in this document from all signatories hereto prior to filing.

/s/ Christine Pham

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2011, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Heather C. Parker
O'RIELLY & ROCHE LLP
hcp@oriellyroche.com

/s/ Christine Pham